UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO, et al.,<br><br>　　　　　Respondents. | No. 2:22-cv-0932 WBS KJN P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 1, 2022, the undersigned filed findings and recommendations. On July 14, 2022, petitioner filed a document, but it is does not appear that the filing was intended to be his objections to the findings and recommendations. Rather, petitioner appended a copy of the court's June 9, 2022 screening order which issued prior to the pending findings and recommendations (ECF No. 11 at 9-12), and it appears petitioner may have been attempting to comply with the June 9, 2022 order. However, petitioner has already filed an amended petition, which the undersigned addressed in the July 1, 2022 findings and recommendations.

　　　　Moreover, petitioner did not sign the recent filing. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R.

1

Civ. P. 11(a). Thus, the court is unable to consider petitioner's filing unless he signs and re-files it. Because the filing was not directed to the pending findings and recommendations, and in an abundance of caution, petitioner is granted an extension of time to file objections to the July 1, 2022 findings and recommendations. If petitioner files objections, he must clearly title the filing "Objections to Findings and Recommendations," and sign and date the filing.

Accordingly, IT IS HEREBY ORDERED that petitioner is granted fourteen days from the date of this order in which to file objections to the July 1, 2022 findings and recommendations (ECF No. 10).

Dated: July 20, 2022

/bart0932.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2