UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>         Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>         Respondents. | No.  2:22-cv-0932 WBS KJN P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was dismissed on August 15, 2022.  On September 9, 2022, petitioner filed a second amended petition.  However, petitioner again challenges his 1976 conviction, and continues to challenge such conviction in this court despite findings that his challenges are time-barred and duplicative.[1]  Because judgment was entered and the court declined to issue a certificate of appealability, no further action on petitioner's filing is required.  Thus, IT IS HEREBY ORDERED that petitioner's September 9, 2022 filing (ECF No. 15) is

////

////

////

////

---

[1] For example, in Barton v. Costelo, No. 2:22-cv-0904 KJM JDP (E.D. Cal. July 29, 2022), the magistrate judge recommended that the petition be dismissed as time barred.  Id. (ECF No. 10.)

1

disregarded. Petitioner is advised that any further documents filed in this action will be disregarded and no orders will issue in response to future filings.

Dated: September 19, 2022

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bart0932.158